# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Michael Albert Schneider           **BK NO. 20-01383 HWV**
       Pamela Elaine Schneider

                 **Debtor(s)**           **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322