Certificate Number: 16339-PAM-DE-034577447

Bankruptcy Case Number: 20-01383


16339-PAM-DE-034577447

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 18, 2020</u>, at <u>8:47</u> o'clock <u>PM EDT</u>, <u>Pamela Schneider</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 18, 2020</u>          By:     <u>/s/Kelley Tipton</u>

                                  Name:   <u>Kelley Tipton</u>

                                  Title:  <u>Certified Financial Counselor</u>