```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-01383-HWV
Michael Albert Schneider                                                Chapter 13
Pamela Elaine Schneider
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2              Date Rcvd: Jun 29, 2020
                              Form ID: ntcnfhrg            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db/jdb         +Michael Albert Schneider,    Pamela Elaine Schneider,    79 Lake View Circle,
                 Hanover, PA 17331-8301
5323465        +Adams Electric,    1338 Biglerville Road,    Gettysburg, PA 17325-8018
5323466        +Advanced Otolaryngology & Allergy LLC,     864 Broadway,   Hanover, PA 17331-1501
5323467        +American Web Loan,    10026-A South Mingo Road Suite 183,     Tulsa, OK 74133-5700
5323469        +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
5323476         Community Hospitalists,    PO Box 72233,    Cleveland, OH 44192-0002
5323477        +Computer Credit, Inc.,    Claim Dept. 006301/ PO Box 5238,     470 West Hanes Mill Road,
                 Winston Salem, NC 27105-9102
5323484         Healthcare Revenue Recovery Group,     PO Box 8486,   Pompano Beach, FL 33075-8486
5323486        +J.P. Harris Associates LLC,    P.O. Box 226,    Mechanicsburg, PA 17055-0226
5328448        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L,    6409 Congress Avenue, suite 100,
                 Boca Raton, FL 33487-2853
5323488        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5323489         Medexpress Billing,    PO Box 7964,   Belfast, ME 04915-7900
5323490         Medexpress Urgent Care, PC - Pa.,    PO Box 7964,    Belfast,, ME 04915-7900
5323498        +North Coast Nephrology,    1170 East Broad St, Ste 102,     Elyria, OH 44035-6351
5330886         Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX   75014-1419
5323500        +Penn Credit,    Attn: Bankruptcy,   Po Box 988,    Harrisburg, PA 17108-0988
5323503        +Receivables Management Group,    Attn: Bankruptcy,    2901 University Ave. Suite #29,
                 Columbus, GA 31907-7601
5323506        +Target,   c/o Financial & Retail Srvs,    Mailstop BT POB 9475,     Minneapolis, MN 55440-9475
5323507        +The York Water Company,    130 East Market Street,    York, PA 17401-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2020 19:46:09
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5323468         E-mail/Text: bankruptcynotice@aspendental.com Jun 29 2020 19:50:15     Aspen Dental,
                 PO Box 1578,    Albany, NY 12201-1578
5337744        +E-mail/Text: g20956@att.com Jun 29 2020 19:50:45     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
5323470        +E-mail/Text: bnc-capio@quantum3group.com Jun 29 2020 19:50:34      Capio Partners LLC,
                 PO Box 3778,    Sherman, TX 75091-3778
5323471        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2020 19:46:08     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
5325791         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2020 19:46:33
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5323478        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 29 2020 19:46:35      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
5323479        +E-mail/Text: bknotice@ercbpo.com Jun 29 2020 19:50:38     Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
5323480        +E-mail/Text: dstewart@firstfinancial.org Jun 29 2020 19:50:32      First Financial FCU,
                 Attn: Bankruptcy,    1215 York Rd,   Lutherville, MD 21093-6207
5323485        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 29 2020 19:50:24      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
5323474         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 29 2020 19:47:02      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850
5329176         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2020 19:46:36     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5323487         E-mail/Text: camanagement@mtb.com Jun 29 2020 19:50:27     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
5329694         E-mail/Text: camanagement@mtb.com Jun 29 2020 19:50:27     M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5327593         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 29 2020 19:46:31     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5323491        +E-mail/Text: unger@members1st.org Jun 29 2020 19:50:51     Members 1st Fcu,    Attn: Bankruptcy,
                 Po Box 40,    Mechanicsburg, PA 17055-0040
5323494         E-mail/Text: PBS-Provider-Services@mercy.com Jun 29 2020 19:50:48     Mercy Health Physicians,
                 PO Box 630827,    Cincinnati, OH 45263-0827
5323496        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 29 2020 19:46:59
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,   Po Box 9201,    Old Bethpage, NY 11804-9001
5323499        +E-mail/PDF: cbp@onemainfinancial.com Jun 29 2020 19:46:04     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,   Evansville, IN 47731-3251
5325925         E-mail/PDF: cbp@onemainfinancial.com Jun 29 2020 19:46:08     OneMain Financial,
                 P.O. Box 3251,    Evansville, IN 47731-3251
5323501         E-mail/Text: info@phoenixfinancialsvcs.com Jun 29 2020 19:50:13
                 Phoenix Financial Services LLC,    8902 Otis Ave, Ste. 103A,    Indianapolis, IN 46216-1077
5323504        +E-mail/Text: cmecf@suncoastfcu.org Jun 29 2020 19:50:13     Suncoast Credit Union,
                 Attn: Bankruptcy,    Po Box 11904,   Tampa, FL 33680-1904
```

```
District/off: 0314-1           User: AutoDocke             Page 2 of 2              Date Rcvd: Jun 29, 2020
                               Form ID: ntcnfhrg           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5324003        +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2020 19:46:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5323505        +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2020 19:46:06      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5333532        +E-mail/Text: bncmail@w-legal.com Jun 29 2020 19:50:39      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5323495         Mercy Regional Medical Center
5323472*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5323473*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5323481*       +First Financial FCU,    Attn: Bankruptcy,    1215 York Rd,    Lutherville, MD 21093-6207
5323482*       +First Financial FCU,    Attn: Bankruptcy,    1215 York Rd,    Lutherville, MD 21093-6207
5323483*       +First Financial FCU,    Attn: Bankruptcy,    1215 York Rd,    Lutherville, MD 21093-6207
5323475*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850)
5323492*       +Members 1st Fcu,    Attn: Bankruptcy,    Po Box 40,    Mechanicsburg, PA 17055-0040
5323493*       +Members 1st Fcu,    Attn: Bankruptcy,    Po Box 40,    Mechanicsburg, PA 17055-0040
5323497*       +Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
5323502*      ++PHOENIX FINANCIAL SERVICES LLC,    PO BOX 361450,    INDIANAPOLIS IN 46236-1450
                (address filed with court: Phoenix Financial Services LLC,    8902 Otis Ave, Ste. 103A,
                 Indianapolis, IN 46216-1077)
                                                                                TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Michael Albert Schneider Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Pamela Elaine Schneider Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Albert Schneider,

**Debtor 1**

Pamela Elaine Schneider,

**Debtor 2**

Chapter 13

Case No. 1:20−bk−01383−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 29, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: August 5, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101−1737  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 29, 2020 |

ntcnfhrg (03/18)