# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL ALBERT SCHNEIDER
           PAMELA ELAINE SCHNEIDER
                  Debtor(s)                CHAPTER 13
           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                  Movant                 CASE NO: 1-20-01383-HWV
           vs.
           MICHAEL ALBERT SCHNEIDER
           PAMELA ELAINE SCHNEIDER
                  Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 18, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on April 27, 2020.

2. A hearing was held and an Order was entered on September 23, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                    Respectfully submitted,

                                                    s/   James K. Jones, Esq.
                                                    Id:   39031
                                                    Attorney for Trustee
                                                    Charles J. DeHart, III
                                                    Standing Chapter 13 Trustee
                                                    Ste. A, 8125 Adams Drive
                                                    Hummelstown, PA   17036
                                                    Ph.   717-566-6097
                                                    Fax. 717-566-8313
                                                    eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-01383-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date:
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: November 18, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

CASE NO: 1-20-01383-HWV

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 18, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER, PA   17331- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| MICHAEL ALBERT SCHNEIDER<br>79 LAKE VIEW CIRCLE<br>HANOVER, PA   17331 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   November 18, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

Respondent(s)

CHAPTER 13

CASE NO: 1-20-01383-HWV

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.