UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MICHAEL ALBERT SCHNEIDER
             PAMELA ELAINE SCHNEIDER
                    Debtor(s)             CHAPTER 13
             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE
                    Movant               CASE NO: 1-20-01383-HWV
             vs.
             MICHAEL ALBERT SCHNEIDER
             PAMELA ELAINE SCHNEIDER
                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 23, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on April 27, 2020.

2. A hearing was held and an Order was entered on September 23, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                           Respectfully submitted,

                                                           s/    James K. Jones, Esq.
                                                           Id:    39031
                                                           Attorney for Trustee
                                                           Charles J. DeHart, III
                                                           Standing Chapter 13 Trustee
                                                           Ste. A, 8125 Adams Drive
                                                           Hummelstown, PA    17036
                                                           Ph.    717-566-6097
                                                           Fax. 717-566-8313
                                                           eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL ALBERT SCHNEIDER
           PAMELA ELAINE SCHNEIDER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-01383-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date: January 27, 2021
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: November 23, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

Respondent(s)

CHAPTER 13

CASE NO: 1-20-01383-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

STEPHEN WADE PARKER, ESQUIRE         Served electronically
MOONEY LAW
230 YORK STREET
HANOVER, PA   17331-

United States Trustee                Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

MICHAEL ALBERT SCHNEIDER             Served by 1st Class Mail
79 LAKE VIEW CIRCLE
HANOVER, PA   17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:   November 23, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MICHAEL ALBERT SCHNEIDER
PAMELA ELAINE SCHNEIDER

CASE NO: 1-20-01383-HWV

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.