United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 20-01383-HWV

Michael Albert Schneider                                        Chapter 13

Pamela Elaine Schneider

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 4

Date Rcvd: Feb 11, 2026                 Form ID: 3180W                     Total Noticed: 48

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Albert Schneider, Pamela Elaine Schneider, 79 Lake View Circle, Hanover, PA 17331-8301 |
| 5323465 | + | Adams Electric, 1338 Biglerville Road, Gettysburg, PA 17325-8018 |
| 5323466 | + | Advanced Otolaryngology & Allergy LLC, 864 Broadway, Hanover, PA 17331-1501 |
| 5323467 | | American Web Loan, 10026-A South Mingo Road Suite 183, Tulsa, OK 74133 |
| 5323476 | | Community Hospitalists, PO Box 72233, Cleveland, OH 44192-0002 |
| 5323477 | + | Computer Credit, Inc., Claim Dept. 006301/ PO Box 5238, 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 5323486 | + | J.P. Harris Associates LLC, P.O. Box 226, Mechanicsburg, PA 17055-0226 |
| 5323489 | | Medexpress Billing, PO Box 7964, Belfast, ME 04915-7900 |
| 5323490 | | Medexpress Urgent Care, PC - Pa., PO Box 7964, Belfast,, ME 04915-7900 |
| 5323498 | + | North Coast Nephrology, 1170 East Broad St, Ste 102, Elyria, OH 44035-6351 |
| 5388204 | + | South Western School District, c/o JP Harris Associates LLC, PO Box 226, Mechanicsburg, PA 17055-0226 |
| 5323507 | + | The York Water Company, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: unger@members1st.org | Feb 11 2026 18:46:00 | Members1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| cr | + | EDI: PRA.COM | Feb 11 2026 23:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5323468 | | Email/Text: bankruptcynotice@aspendental.com | Feb 11 2026 18:45:00 | Aspen Dental, PO Box 1578, Albany, NY 12201-1578 |
| 5337744 | + | EDI: ATTWIREBK.COM | Feb 11 2026 23:46:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5323469 | + | EDI: TSYS2 | Feb 11 2026 23:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5323470 | + | EDI: CAPIO.COM | Feb 11 2026 23:46:00 | Capio Partners LLC, PO Box 3778, Sherman, TX 75091-3778 |
| 5323471 | + | EDI: CAPITALONE.COM | Feb 11 2026 23:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5325791 | | EDI: CAPITALONE.COM | Feb 11 2026 23:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5323474 | + | EDI: JPMORGANCHASE | Feb 11 2026 23:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 15298, Wilmington, DE 19850-5298 |
| 5323478 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2026 18:49:20 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5323480 | + Email/Text: bankruptcy@firstfinancial.org | Feb 11 2026 18:46:00 | First Financial FCU, Attn: Bankruptcy, 1215 York Rd, Lutherville, MD 21093-6207 |
| 5323484 | ^ MEBN | Feb 11 2026 18:45:01 | Healthcare Revenue Recovery Group, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 5323485 | + EDI: IRS.COM | Feb 11 2026 23:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5328448 | + Email/Text: RASEBN@raslg.com | Feb 11 2026 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 5329176 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2026 18:49:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5323487 | Email/Text: camanagement@mtb.com | Feb 11 2026 18:45:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5329694 | Email/Text: camanagement@mtb.com | Feb 11 2026 18:45:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5327593 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2026 18:49:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5323488 | + Email/Text: bankruptcy@marinerfinance.com | Feb 11 2026 18:45:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5470557 | + Email/Text: Unger@Members1st.org | Feb 11 2026 18:45:00 | Members 1st FCU, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5323491 | + Email/Text: unger@members1st.org | Feb 11 2026 18:46:00 | Members 1st Fcu, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5323492 | + Email/Text: unger@members1st.org | Feb 11 2026 18:46:00 | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5448460 | + Email/Text: unger@members1st.org | Feb 11 2026 18:46:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5323494 | Email/Text: PBS-Provider-Services@mercy.com | Feb 11 2026 18:46:00 | Mercy Health Physicians, PO Box 630827, Cincinnati, OH 45263-0827 |
| 5323496 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2026 18:49:19 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5323499 | + EDI: AGFINANCE.COM | Feb 11 2026 23:46:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5325925 | EDI: AGFINANCE.COM | Feb 11 2026 23:46:00 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5330886 | Email/Text: perituspendrick@peritusservices.com | Feb 11 2026 18:45:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5341603 | EDI: PRA.COM | Feb 11 2026 23:46:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5323500 | Email/Text: bankruptcies@penncredit.com | Feb 11 2026 18:45:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5323503 | Email/Text: accounting@recoveryrmg.com | Feb 11 2026 18:45:00 | Receivables Management Group, Attn: Bankruptcy, 2901 University Ave. Suite #29, Columbus, GA 31917 |
| 5323504 | + Email/Text: cmecf@suncoastfcu.org | Feb 11 2026 18:45:00 | Suncoast Credit Union, Attn: Bankruptcy, Po Box 11904, Tampa, FL 33680-1904 |
| 5324003 | + EDI: PRA.COM | Feb 11 2026 23:46:00 | Synchrony Bank, c/o PRA Receivables |

|  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 5323505 | + EDI: SYNC | Feb 11 2026 23:46:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5333532 | + Email/Text: bncmail@w-legal.com | Feb 11 2026 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5323506 | + EDI: WTRRNBANK.COM | Feb 11 2026 23:46:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5323495 | | Mercy Regional Medical Center |
| 5323472 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5323473 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5323475 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 5323481 | *+ | First Financial FCU, Attn: Bankruptcy, 1215 York Rd, Lutherville, MD 21093-6207 |
| 5323482 | *+ | First Financial FCU, Attn: Bankruptcy, 1215 York Rd, Lutherville, MD 21093-6207 |
| 5323483 | *+ | First Financial FCU, Attn: Bankruptcy, 1215 York Rd, Lutherville, MD 21093-6207 |
| 5323493 | *+ | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5323497 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5323502 | *+ | Phoenix Financial Services LLC, 8902 Otis Ave, Ste. 103A, Indianapolis, IN 46216-1009 |
| 5323479 | ##+ | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5323501 | ##+ | Phoenix Financial Services LLC, 8902 Otis Ave, Ste. 103A, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |

District/off: 0314-1

Date Rcvd: Feb 11, 2026

User: AutoDocke

Form ID: 3180W

Page 4 of 4

Total Noticed: 48

Nicholas G. Platt

on behalf of Debtor 2 Pamela Elaine Schneider ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicholas G. Platt

on behalf of Debtor 1 Michael Albert Schneider ngp@mooney4law.com plattnr61895@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 1 Michael Albert Schneider wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 2 Pamela Elaine Schneider wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |

| Debtor 1 | Michael Albert Schneider | Social Security number or ITIN xxx–xx–8226 |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Pamela Elaine Schneider | Social Security number or ITIN xxx–xx–8267 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:20–bk–01383–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Albert Schneider                    Pamela Elaine Schneider

**By the court:**

2/11/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:20-bk-01383-HWV Doc 80 Filed 02/13/26 Entered 02/14/26 00:26:25 Desc
Imaged Certificate of Notice Page 7 of 7