United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                         Case No. 20-01383-HWV

Michael Albert Schneider                                       Chapter 13

Pamela Elaine Schneider

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Mar 17, 2026                 Form ID: fnldec                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID          Recipient Name and Address**
db/jdb         + Michael Albert Schneider, Pamela Elaine Schneider, 79 Lake View Circle, Hanover, PA 17331-8301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name           Email Address**

Denise E. Carlon
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

James Warmbrodt
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Matthew K. Fissel
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Nicholas G. Platt
     on behalf of Debtor 1 Michael Albert Schneider ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Nicholas G. Platt

on behalf of Debtor 2 Pamela Elaine Schneider ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 1 Michael Albert Schneider wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 2 Pamela Elaine Schneider wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Albert Schneider,

**Debtor 1**

Pamela Elaine Schneider,

**Debtor 2**

Chapter     13

Case No.     1:20−bk−01383−HWV

Social Security No.:

xxx−xx−8226     xxx−xx−8267

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 17, 2026

**fnldec** (01/22)